Date signed September 01, 2006



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| THOMAS L. REDDICK | : | Case No. 05-90453PM |
| | : | Chapter 13 |
| Debtor | : | |

### MEMORANDUM OF DECISION

Before the court is the Trustee's Limited Objection to Attorney Fees charged on behalf of Debtor's counsel, Laura J. Margulies & Associates, LLC. Debtor's counsel seeks $3,000.00 in compensation for services rendered in connection with the filing of the case on December 5, 2005, and terminating September 19, 2006, that is, 90 days following confirmation of Debtor's Third Amended Chapter 13 Plan. Counsel's response states that this extraordinary fee is deserved because counsel continues to represent the Debtor until the case is closed or the Debtor receives a discharge. The court finds this quibbling response unworthy of counsel. Such future representation is subject, as the Disclosure of Compensation states, to additional fees.

At the hearing on the Trustee's Objection, counsel described the vast amount of time spent in connection with this case. However, counsel did not produce time records in support of this argument. After careful consideration of the record herein, the court will allow total compensation of $2,850.00. This figure recognizes the number of hearings involved in the case, including the hearing on counsel's compensation.

Finally, the court rejects counsel's contention that "[t]his objection is the latest in a series of objections filed by this particular Trustee. As demonstrated below, is completely without merit as have been his previous objections." The court finds the Trustee's objection meritorious

and commends the Trustee for bringing this matter to the attention of the court. An appropriate order will be entered.

cc:
Laura J. Margulies, Esq., Laura J. Margulies & Associates, LLC,
    6205 Executive Blvd., Rockville, MD 20852
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
Thomas L. Reddick, 9013 Lake Largo Drive, Upper Marlboro, MD 20774

**End of Memorandum**